NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LEANDER LAUFFER, CRAIG A. SMITH, RAYMOND G. GOODWIN, AND M. PATRICIA BECKMAN,
*Appellants.*

---

2012-1537
(Serial No. 08/478,995)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before LINN, DYK, and WALLACH, *Circuit Judges.*

DYK, *Circuit Judge.*

### ORDER

The Director of the United States Patent and Trademark Office moves without opposition to remand this matter to the Board of Patent Appeals and Interferences to consider appellants' evidence of nonobviousness in the first instance.

Accordingly,

IN RE LAUFFER                                                                    2

IT IS ORDERED THAT:

(1)  The motion to remand is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

OCT 1 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Barbara Rudolph, Esq.
     Raymond T. Chen, Esq.

s26

Issued As A Mandate: _____OCT 1 5 2012_____